# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN BARRET SMELLEY HUSBAND
OF/AND REBECCA SMELLEY

VERSUS

NATIONAL LIABILITY AND FIRE
INSURANCE COMPANY, RUSSELL
B. JAKSON, WESTERN WORLD
INSURANCE COMPANY AND EAST
BATON ROUGE HEAD START
CENTER

NO.   2025 CW 1230

**APRIL 08, 2026**

---

In Re:   Travelers Indemnity Company of Conneticut, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 646-363.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

> **MRT**
> **KEB**
> **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.